**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-1719**

JASON A. HARBIN,

             Plaintiff - Appellant,

        v.

LORI PARTIN; JULIAN L. STOUDEMIRE; STOUDEMIRE & SPROUSE LAW
FIRM PA,

             Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at
Anderson.  Mary G. Lewis, District Judge.  (8:17-cv-00575-MGL)

Submitted:  October 17, 2017                    Decided:  October 19, 2017

Before FLOYD and HARRIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Jason A. Harbin, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jason A. Harbin appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2012) complaint without prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Harbin v. Partin*, No. 8:17-cv-00575-MGL (D.S.C. Apr. 11, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*